**Lindsey H. Hughes, OSB #833857**
lhughes@keatingjones.com
**Jamie E. Valentine, OSB #075556**
jvalentine@keatingjones.com
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095
Phone: (503) 222-9955
Fax: (503) 796-0699
Attorneys for Neal Rendleman, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DIANE BERNARD, Personal Representative for the Estate of Robert Haws, DIANE BERNARD,<br><br>             Plaintiff,<br><br>    v.<br><br>SHERIFF JASON MYERS, SGT. JOHN McOMBER, LT. STEELE, DPTY. VAUGHN, SGT. ADCOCK, PETE DODSON, SENIOR DPTY. DONNA HEFTY, SENIOR DPTY. ERIK DOUGLASS, DPTY. KELOGG, DPTY. PETERSON, SGT. JAMES COLEMAN, DPTY. HARTL, SGT. JERRY HOGUE, SENIOR DPTY. DAN WITT, DPTY. ADAM GARNER, NURSE GAGE, NURSE DONNA KENDALL, DR. RENDLEMAN, OFC. HAYMAN, JOHN AND JANE DOES #1-10, Employees of Marion Co. Jail, and MARION COUNTY, by and through the Marion Co. Jail,<br><br>             Defendants. | Case No. 3:11-CV-00608 HZ<br><br>**STIPULATED ORDER OF DISMISSAL OF DEFENDANT NEAL RENDLEMAN, M.D. WITH PREJUDICE AND WITHOUT COSTS**<br><br>By Neal Rendleman, M.D. |

/ / /

/ / /

STIPULATED ORDER OF DISMISSAL OF DEFENDANT
NEAL RENDLEMAN, M.D. WITH PREJUDICE AND
WITHOUT COSTS - Page 1

Doc No. 321601

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that plaintiff's claims against defendant Neal Rendleman, M.D., are dismissed with prejudice and without costs to either party.

DATED this 2nd day of May 2012.

/s/ Marco A. Hernandez
HON. MARCO A. HERNANDEZ

IT IS SO STIPULATED:

s/Michelle R. Burrows
MICHELLE R. BURROWS, OSB No. 86160
Of Attorneys for Plaintiff

s/Lindsey H. Hughes
LINDSEY H. HUGHES, OSB No. 833857
Of Attorneys for Defendant Dr. Neal Rendleman